PARK S. HEDLEY et al., Doing Business under the Name of PARK S. HEDLEY COMPANY, Plaintiff, *v.* CENTRAL TRUST Co., Appellant-Respondent, and NEW AMSTERDAM CASUALTY COMPANY OF NEW YORK, Respondent-Appellant, Impleaded with Others, Defendants.

Argued November 29, 1944; decided December 30, 1944.

*Howard M. Woods* and *Nelson Warner* for Central Trust Company, appellant-respondent.

*Leo P. Dorsey* and *Samuel H. Levinkind* on behalf of The New York State Bankers Association as *amicus curiæ* in support of Central Trust Company.

*Carroll M. Roberts* and *Leon Kirschenbaum* for New Amsterdam Casualty Company, respondent-appellant.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.